MORGAN, LEWIS & BOCKIUS LLP
Jennifer B. Zargarof, Bar No. 204382
jennifer.zargarof@morganlewis.com
Karen Y. Cho, Bar No. 274810
karen.cho@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:  +1.213.612.2501

Attorneys for Defendant
SPACE EXPLORATION TECHNOLOGIES CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAIGE HOLLAND-THIELEN, an individual; YAMAN ABDULHAK, an individual; SCOTT BECK, an individual; REBEKAH CLARK, an individual; DEBORAH LAWRENCE, an individual; CLAIRE MALLON, an individual; TOM MOLINE, an individual; and ANDRE NADEAU, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP. D/B/A SPACEX, a Texas corporation; and ELON MUSK, an individual,<br><br>Defendants. | Case No.  2:24-cv-06972<br><br>**DEFENDANT SPACE EXPLORATION TECHNOLOGIES CORP.'S NOTICE OF INTERESTED PARTIES** |

# DEFENDANT SPACE EXPLORATION TECHNOLOGIES CORP.'S NOTICE OF INTERESTED PARTIES

Pursuant to Fed. R. of Civil Proc. R. 7.1 and Civil L.R. 7.1-1, the undersigned, counsel of record for Defendant Space Exploration Technologies Corp. ("SpaceX") certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualifications or recusal.

1. Plaintiff, Paige Holland-Thielen
2. Plaintiff, Yaman Abdulhak
3. Plaintiff, Scott Beck
4. Plaintiff, Rebekah Clark
5. Plaintiff, Deborah Lawrence
6. Plaintiff, Claire Mallon
7. Plaintiff, Tom Moline
8. Plaintiff, Andre Nadeau
9. Defendant, SpaceX
10. Defendant, Elon Musk

SpaceX will file an amended certificate if it becomes aware of the existence of any other person or entity that has a financial interest in the outcome of this litigation.

Dated: August 16, 2024

MORGAN, LEWIS & BOCKIUS LLP

By  /s/ Karen Y. Cho
Jennifer B. Zargarof
Karen Y. Cho
Attorneys for Defendant
SPACE EXPLORATION
TECHNOLOGIES CORP.

DB2/ 48886755.1