MORGAN, LEWIS & BOCKIUS LLP
Jennifer B. Zargarof, Bar No. 204382
jennifer.zargarof@morganlewis.com
Karen Y. Cho, Bar No. 274810
karen.cho@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

Attorneys for Defendant
SPACE EXPLORATION TECHNOLOGIES CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAIGE HOLLAND-THIELEN, an individual; YAMAN ABDULHAK, an individual; SCOTT BECK, an individual; REBEKAH CLARK, an individual; DEBORAH LAWRENCE, an individual; CLAIRE MALLON, an individual; TOM MOLINE, an individual; and ANDRE NADEAU, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP. D/B/A SPACEX, a Texas corporation; and ELON MUSK, an individual,<br><br>Defendants. | Case No. 2:24-cv-06972<br><br>**DEFENDANT SPACE EXPLORATION TECHNOLOGIES CORP.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant Space Exploration Technologies Corp. ("SpaceX") certifies that SpaceX has no corporate parent and no publicly held corporation owns ten percent or more of SpaceX's outstanding common stock.

Dated: August 16, 2024

MORGAN, LEWIS & BOCKIUS LLP

By  */s/ Karen Y. Cho*
Jennifer B. Zargarof
Karen Y. Cho
Attorneys for Defendant
SPACE EXPLORATION TECHNOLOGIES CORP.

DB2/ 48886913.1