1  MORGAN, LEWIS & BOCKIUS LLP
   Jennifer B. Zargarof, Bar No. 204382
2  jennifer.zargarof@morganlewis.com
   Karen Y. Cho, Bar No. 274810
3  karen.cho@morganlewis.com
   300 South Grand Avenue
4  Twenty-Second Floor
   Los Angeles, CA 90071-3132
5  Tel:  +1.213.612.2500
   Fax:  +1.213.612.2501
6
7  Attorneys for Defendant
   SPACE EXPLORATION TECHNOLOGIES
   CORP.
8

9               UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| PAIGE HOLLAND-THIELEN, an individual; YAMAN ABDULHAK, an individual; SCOTT BECK, an individual; REBEKAH CLARK, an individual; DEBORAH LAWRENCE, an individual; CLAIRE MALLON, an individual; TOM MOLINE, an individual; and ANDRE NADEAU, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SPACE EXPLORATION TECHNOLOGIES CORP. D/B/A SPACEX, a Texas corporation; and ELON MUSK, an individual,<br><br>Defendants. | Case No. 2:24-cv-06972<br><br>**PROOF OF SERVICE** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

# PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071-3132. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service.

On August 16, 2024, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**DEFENDANT SPACE EXPLORATION TECHNOLOGIES CORP.'S NOTICE OF REMOVAL**

**DECLARATION OF LINDSAY CHAPMAN IN SUPPORT OF DEFENDANT SPACE EXPLORATION TECHNOLOGIES CORP.'S NOTICE OF REMOVAL**

**CIVIL COVER SHEET**

**DEFENDANT SPACE EXPLORATION TECHNOLOGIES CORP.'S NOTICE OF INTERESTED PARTIES**

**DEFENDANT SPACE EXPLORATION CORP.'S CORPORATE DISCLOSURE STATEMENT**

**DEFENDANT SPACE EXPLORATION TECHNOLOGIES CORP.S NOTICE OF RELATED CASES**

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| Anne B. Shaver | Laurie M. Burgess |
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | BURGESS LAW OFFICES, P.C. |
| 275 Battery Street, 29th Floor | 498 Utah Street |
| San Francisco, CA 94111-3339 | San Francisco, CA 94110 |

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

Executed on August 16, 2024, at Los Angeles, California.

I declare under the penalty of perjury that I am employed in the office of a member of the bar of this court at whose direction the service was made, and that the foregoing is true and correct.

_/s/ Lucy Mata_
Lucy Mata