MORGAN, LEWIS & BOCKIUS LLP
Jennifer B. Zargarof, Bar No. 204382
jennifer.zargarof@morganlewis.com
Karen Y. Cho, Bar No. 274810
karen.cho@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA  90071-3132
Tel:   +1.213.612.2500
Fax:  +1.213.612.2501

Attorneys for Defendant
DEFENDANT SPACE EXPLORATION TECHNOLOGIES CORP.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAIGE HOLLAND-THIELEN, an individual; YAMAN ABDULHAK, an individual; SCOTT BECK, an individual; REBEKAH CLARK, an individual; DEBORAH LAWRENCE, an individual; CLAIRE MALLON, an individual; TOM MOLINE, an individual; and ANDRE NADEAU, an individual,<br><br>    Plaintiffs,<br><br>  vs.<br><br>SPACE EXPLORATION TECHNOLOGIES CORPORATION D/B/A SPACEX, a Texas corporation; and ELON MUSK, an individual,<br><br>    Defendants. | Case No. 2:24-cv-06972-CAS-RAO<br><br>**DEFENDANT SPACE EXPLORATION TECHNOLOGIES CORP.'S PROOF OF SERVICE** |

## PROOF OF SERVICE

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within entitled action. My business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071-3132.

On October 22, 2024, I served a copy of the within document(s):

1. CHO DECLARATION ISO DEFENDANT SPACE EXPLORATION TECHNOLOGIES CORPORATION'S APPLICATION TO FILE UNDER SEAL IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO COMPEL ARBITRATION [DKT 70]

2. SEALED EXHIBIT C [DKT 70-1]

3. SEALED EXHIBIT D [DKT 70-2]

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed FedEx envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a FedEx agent for delivery.

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

| | |
|---|---|
| Anne B. Shaver<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Tel: (415) 956-1000<br>ashaver@lchb.com<br>ekeenley@lchb.com | Laurie M. Burgess<br>BURGESS LAW OFFICES, P.C.<br>498 Utah Street<br>San Francisco, CA 94110<br>Tel: (312) 320-1718<br>lburgess@burgess-laborlaw.com |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 22, 2024, at Los Angeles, California.

*Kristina Wilcox*
Kristina Wilcox