MORGAN, LEWIS & BOCKIUS LLP
Jennifer B. Zargarof, Bar No. 204382
jennifer.zargarof@morganlewis.com
Karen Y. Cho, Bar No. 274810
karen.cho@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel:  +1.213.612.2500
Fax:  +1.213.612.2501

Attorneys for Defendant
SPACE EXPLORATION
TECHNOLOGIES CORP.

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Anne B. Shaver (SBN 255928)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Phone: (415) 956-1000
Fax: (415) 956-1008
ashaver@lchb.com

BURGESS LAW OFFICES, P.C.
Laurie M. Burgess (SBN 302270)
498 Utah Street
San Francisco, CA 94110
Phone: (312) 320-1718
lburgess@burgess-laborlaw.com

Attorneys for Plaintiffs
PAIGE HOLLAND-THIELEN, an individual; YAMAN ABDULHAK, an individual; SCOTT BECK, an individual; REBEKAH CLARK, an individual; DEBORAH LAWRENCE, an individual; CLAIRE MALLON, an individual; TOM MOLINE, an individual; and ANDRE NADEAU, an individual

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAIGE HOLLAND-THIELEN, an individual; YAMAN ABDULHAK, an individual; SCOTT BECK, an individual; REBEKAH CLARK, an individual; DEBORAH LAWRENCE, an individual; CLAIRE MALLON, an individual; TOM MOLINE, an individual; and ANDRE NADEAU, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>SPACE EXPLORATION TECHNOLOGIES CORPORATION D/B/A SPACEX, a Texas corporation; and ELON MUSK, an individual,<br><br>Defendants. | Case No. 2:24-cv-06972-JAK-RAO<br><br>**JOINT REPORT RE: STATUS OF NINTH CIRCUIT PROCEEDINGS** |

3371788.1

# JOINT REPORT ON STATUS OF NINTH CIRCUIT PROCEEDINGS

Pursuant to the Court's Order on August 25, 2025 (Dkt. No. 125), Plaintiffs and Defendant Space Exploration Technologies Corp. ("SpaceX") hereby submit this report regarding the status of Ninth Circuit proceedings in this matter.

SpaceX received one streamlined extension of time to file its opening brief as of right, and a second extension of time pursuant to motion. SpaceX's opening brief is due December 17, 2025. Plaintiffs answering brief is currently due January 16, 2025. SpaceX's optional reply brief is due 21 days after the answering brief is served. Oral argument has not been scheduled in this matter.

Dated: November 24, 2025

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By */s/ Anne Shaver*
Anne B. Shaver
Attorney for Plaintiffs

Dated: November 24, 2025

MORGAN, LEWIS & BOCKIUS LLP

By */s/ Jennifer B. Zargarof*
Jennifer B. Zargarof
Karen Y. Cho
Attorneys for Defendant
DEFENDANT SPACE EXPLORATION TECHNOLOGIES CORP.